FORM 32   (12/87)                                         EXHIBIT
                                                              490

STATE OF SOUTH CAROLINA   )           INDICTMENT FOR
                          )     BURGLARY (1st Degree) (TWO COUNTS)
COUNTY OF___FLORENCE___   )           AND GRAND LARCENY

At a Court of General Sessions, convened on _____June 5, 1997_____,

the Grand Jurors of _____Florence_____ County present upon their oath:

### COUNT ONE - BURGLARY (1st Degree)

That ROBERT GRAHAM, JR. did in Florence County on or about November 3, 1996, enter the dwelling of Richard Ham without consent and with the intent to commit a crime therein, and while in the dwelling or in immediate flight from the dwelling, said defendant was armed with a deadly weapon, and said defendant has two (2) or more prior convictions for burglary, in violation of Section 16-11-311, South Carolina Code of Laws (1976), as amended.

### COUNT TWO - GRAND LARCENY

That ROBERT GRAHAM, JR. did in Florence County on or about November 3, 1996, feloniously take and carry away the personal goods of Richard Ham, of the value of more than one thousand dollars, described as follows: various firearms and other personal property with intent to deprive the owner thereof permanently of such goods.

### COUNT THREE - BURGLARY (1st Degree)

That ROBERT GRAHAM, JR. did in Florence County on or about November 3, 1996, enter the dwelling of Harry Lee Blair without consent and with the intent to commit a crime therein and said defendant has two (2) or more prior convictions for burglary, in violation of Section 16-11-311, South Carolina Code of Laws (1976), as amended.

*[Handwritten annotations:] They Changed The COR Code*
*They took the two (2) counts of second degree burglary and to this 1st count of 1st degree burglary, lack of prior seven*
*1. E-706567 ← (COR code 16-11-0312 (not 19-11-311) violet*
*2. E-706568*
*3. E-706570 — COR code 16-11-0310 (none violet)*

Against the peace and dignity of the State, and contrary to the statute in such case made and provided.

*[Handwritten:] I was never pros- for 1st degree burglary*
*They can use my past if need*
                                                    _____
                                                        SOLICITOR

PETITIONER'S EXHIBIT 1  6-03-02

489

# CERTIFICATE OF REPORTER

STATE OF SOUTH CAROLINA  )
                         )
COUNTY OF FLORENCE       )

I, FRANCES A. BAKIS, Registered Professional Reporter (RPR) and notary public for the State of South Carolina, 12th Judicial Circuit, do hereby certify that the foregoing proceeding is a stenographic report and was transcribed through computer-aided transcription; that the foregoing transcript contains a true record of the proceeding.

I further certify that I am neither attorney nor counsel for, nor related to nor employed by any of the parties connected to the action, nor am I financially interested in the action.

Witness my hand at Florence, South Carolina, this 18th day of November, 2002.

*Frances Bakis*
Frances A. Bakis, RPR