EX 4

1 OF 2

(2013-cp-21-95)
The Hon. William H. Seals, Jr
12th Judicial Presiding Judge
P. O. Box 143
Marion SC 29571

FILED 2013 DEC 23 AM 11:40
CONNIE REEL SPEARIN
CCCP & GS
FLORENCE COUNTY, SC

Robert Graham Jr (178039)                    Dec 20, 2013
                applicant
v
State of South Carolina                Sworn Affidavit
                Respondent             Motion for default

Personally appeared before me duly sworn.

CERTIFIED: A TRUE COPY
Connie Reel Spearin
CLERK OF COURT C.P. & G.S.
FLORENCE COUNTY, S.C.

(1) applicant Filed/served Notice and motion for relief Judgement by summons upon the state, pursuant to S.C code Ann 17-27-70(c), on the pleadings, affadauits, pursuant to odom, austine, and wilson, legal and factual genuine issues of material facts, how he is entitled to rule Judgment as a matter of law, and facts,

(2) assistant attorney Joshua A. Thomas (only) responded in part to applicants reasons why the conditional and final order should not become final.

(3) pursuant to SCRCP and (FRCP) 12 and 14) DOFJ failure to respond to avertments; pleadings is an admission to the assertions, arguments and pleadings. is and admission.

(4) Mr. Thomas [intends] for you Judge seals to sign a final order of dismissal, without including the notice and motion filed before the court 2013, oct 24 Am 11:45 aim)

(5) This [must] be included in your 59(e) motion pursuit to proffer, state, according to findings of facts and conclusions of law

(6) Mr. Thomas answered all applicants objections except this one, Dec 4, 2013, applicant received his proposed order to you for final dismissal He is in default pursuant to (Rule 5.6) and (SCRCP 12 and 11 and 14)

(7) If you are going to allow him to over-looked procedures, and not respond to applicants proper filed motion for relief judgement, Please at least include it in your altering and amending Judgement pursuant to 59(e)

Sworn to subscribe before me
This 20 day of July December
Tameica Criswell
Notary Public S
My Commission Expires
September 25, 2023

Hon William H. Seals
P.O Boy 143
Marion SC 29571

[signature]
12-20-13