EX 5

Robert Graham Jr., # 178039,  )  C/A 2013-CP-21-1195
    Applicant/Petitioner,  )
                                   )  NOTICE AND MOTION to AMEND
                                   )  PURSUANT TO SCRCP AND FRCP
                                   )  15, TO INCLUDE IT'S
        vs.                    )  COUNTER_PARTS, SEEKING
                                   )  AUSTIN REVIEW
State of South Carolina,  )
    (Defendants,)  )

*FILED* *2013 JUL 25 PM 4:51 CONNIE K. ROLLSHEN CLERK OF COURT C.P.&G.S. FLORENCE COUNTY, S.C.*

*CERTIFIED: A TRUE COPY Connie Real-Shooter*

**ORIGINAL**

12th Judicial Circuit   July 22, 2013

Dear Hon Clerk Sherian

Submitted before this court you will please find two (2) copies for filing one (1) into the record of this court, pursuant to FRCP ▓▓▓ and of course respectfully please return my clock filed copy to me for my records,

[left margin: Removal on Davis (procedural)]

                NOTICE AND MOTION
               FOR (AUSTIN REVIEW)

[right side handwritten:] Clerk Connie K Roll Shen
180 N. Irby St, Florence
SC MSC-E
Florence 29501

                C/A   2013-CP-21-1195

Seeking ineffective assistance of post-conviction relief counsel for failure to protect applicant/petitioners state and federal constitutional rights to seek appellate review of the denial of applicants first (June 2002) post-conviction relief pursuant to S.C. Code Ann. (17-27-100) and 17-27-90, would then be prejudicial against applicant. 17-27-90

Please allow this to surface as my certificate of service that on the 22nd day of July 2013, I sumitted through regular communication by mail, a copy of notice and motion to amend, and to seek appellate review, (17-27-100) to beneath parties postage prepaid, by Perry Correctional Institution,

(1) Office of Greenville        (2) State of South Carolina
    Clerk of Court                  P.O. Box 11549
    c/o Judge Cammon McGowan Currie  Columbia, SC 29211
    300 E. Washington St.
    Greenville, SC 29615

**RECEIVED**
**JUL 22 2013**
**P.C.I. MAILROOM**

*Robert Graham Jr*
Robert Graham Jr, #178039
430 Oaklawn Rd.
Q 1 A - 206, P.C.I.
Pelzer, South Carolina 29669