RECEIVED
USDC, CLERK GREENVILLE, SC
2014 OCT 15 AM 10:24

IN THE DISTRICT COURT OF THE
UNITED STATES FOR SOUTH CAROLINA
GREENVILLE DIVISION

Robert Graham Jr (178039),     CIVL
    Plaintiff                  6:14-3518-TMC
                               kFM

Vs.                            Notice and
STATE OF South Carolina        Motion by
   ET. AL.                     order of the
   (DEFENDENTS)                court for
                               Habeas.

The Plaintiff hereby moves upon this honorable court; pursuant to the report of Magistrate Judge.

For a writ of post-conviction proceedings pursuant to..

Jefferson V. Upton 130 s.ct 2217 (2010) emphasis added.

See exhibits, declarations, affidavits, in-support, note, causes of action 1-9

Pg 2 of 7

The plaintiff filed this action for the enforcement of his guaranteed secured right to exhaust [all] post-trial, pre-trial, and per issues, that defendant's appointed attorneys [failed] to [timely]-adequately raise in plaintiff original supplemental amended complaint.

The magistrates report outlines prima-facially in his report, clearly, that plaintiff action is constructed against the state it's agents. e.ef., for denying full-belated appeal. See pg-3, plaintiff appended seventy pages of... affidavits and exhibits in his amended complaint, in support of all claims...

under odom, austine, wilson.

Pg 3 of 7

The [remedy] plaintiff seeks for redress before this court is an order for preliminary injunction to be heard either in Florece county, or the district court, adjudicated all his unexhausted claims not previously exhausted.

This order should reflect the standard Townsend v. Sain 83 s.ct. (1963). because the record reflects, based upon the three declarations submitted by plaintiff, He was not afforded a full and fair hearing by state court resulting in [reliable] findings" the district court "ordinarily should... accept the facts as found, if he didn't recieve fair impartial hearing ... it shouldn't..

See, causes of actions 1-9

plaintiff claims rest solely that either at the time of trial or in collateral proceedings," the new, claims were not raised, preserved by state appointed attorneys, pre-judicially,

which deprived him of a full-impartial bite at the apple.

plaintiff, motions for evidentiary hearing on the merits.

Note: Cullen v. Pinholster, 131 S.Ct 1388 (2011). plaintiff is permitted to have federal evidentiary hearing in circumstances, where state courts, have deprived secured rights, where plaintiff has exercised (due diligence). The statute only bar's plaintiff's not pursueing their claims, see Landrigan., 550 U.S. at 473, 127 S.Ct (1933) IF, he has not." p. ..

The magistrate reports clearly illustrates, plaintiff has exercised due diligence pursuing lower court remedy exhaustions, and adjudication on these issues in numerous other rights, writs, motions, petitions .. e.ct.

where plaintiff has shown the fact finding procedure employed by the state court was not [adequate] to afford a full and impartial fair hearing" or there is a substantial allegation of newly discovered evidence").

plaintiff, objects to magistrate bar from suit by Heck v Humphrey. 512 u.s 477, 487 (1994) because, He is not challenging or sueing about his convict or sentence...

But, denial of fundamental access to lower court."

Plaintiff, objects to magistrate not including all defendants in his causes of action, (1) insurance-fund and policy holder for defendents: see four(4) USM-285 forms."

Plaintiff motions... for calling up of lower court records, priliminary injunction, to grant exhausting on-unjudicated claims, by order in lower court, or order for writ of post conviction proceedings before this court, order appointing counsel.

It is so motioned.

/s/ Robert Graham jr
Robert Graham Jr.
430 Oaklawn Rd.
Q3B-103 Pelzer
SC 29669

OCT 10, 2014

Pg 7 of 7

Certificate of Service

I hereby declare that on Oct 13th 2014. I Robert Graham Jr. submitted motions, for writ of post-conviction proceedings", preliminary injunctions, appointment of counsel by order. Objecting to magistrates (R-R-R) into perry-C.I mail-room staff, to the following person

Clerk of Court
(1) Robin Blume
UNITED STATES DISTRICT Court AT 300 East Washington St, South Carolina
Greenville, SC
29601

Oct 13, 2014..

/S/ Robert Graham
R. Graham Jr. 179034
430 oakeawn Rd
@ 3 R Pelzer SC

OCT 13 2014 P.C.I. MAILROOM