IN THE UNITED STATES DISTRICT COURT
FOR THE DISCTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Robert Graham, Jr.         ) | |
| ) | Civil Action No. 6:14-3518-TMC |
| Plaintiff,         ) | |
| ) | |
| v.         ) | **OPINION & ORDER** |
| ) | |
| State of South Carolina,         ) | |
| Joshua L. Thomas,         ) | |
| William H. Seals, Jr.,         ) | |
| Alan Wilson,         ) | |
| ) | |
| Defendants.         ) | |
| ) | |

Plaintiff, Robert Graham Jr., proceeding *pro se*, brought this 42 U.S.C. § 1983 action against the defendants, State of South Carolina et al, alleging that they deprived him of his constitutional rights. Pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), D.S.C., this case was referred to a magistrate judge for all pre-trial proceedings. This case is now before the court on the magistrate judge's Report and Recommendation ("Report"), recommending the court to summarily dismiss all defendants without prejudice and without service. (ECF No. 21). Plaintiff filed objections to the Report. (ECF No. 22). Accordingly, this matter is now ripe for review.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In making that determination, the court is charged with conducting a de novo review of those portions of the Report to which either party specifically objects. *See* 28 U.S.C. § 636(b)(1). Then, the court may accept, reject, or modify the Report or recommit the matter to the magistrate judge. *See id.*

Plaintiff's objections fail to address any specific, dispositive portion of the Report. The objections are non-specific, unrelated to the dispositive portions of the Report or merely restate Plaintiff's claims. The court has thoroughly reviewed the Report and Plaintiff's objections and finds no reason to deviate from the Report's recommended disposition.

Accordingly, the court adopts the Magistrate Judge's Report (ECF No. 20) and incorporates it herein. It is therefore **ORDERED** that Plaintiff's Complaint is summarily **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/Timothy M. Cain
United States District Judge

October 30, 2014
Anderson, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.